Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAHE MESSERLIAN, individually and on behalf of all others similarly situated,<br>Plaintiff<br>vs.<br>MID WILSHIRE CONSULTING, INC. dba SOCIALWELLNESSTALKS.COM; DOES 1 through 10, inclusive,<br>Defendant(s). | Case No. **2:17-cv-08186**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Respectfully submitted this 11th Day of April, 2018,

                                 By: s/Todd M. Friedman, Esq.
                                    TODD M. FRIEDMAN
                                    Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

Filed electronically on April 11th 2018, with:

United States District Court CM/ECF system

Notification sent electronically on April 11th 2018, to:

To the Honorable Court, all parties and their Counsel of Record


s/Todd M. Friedman
Todd M. Friedman